```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0001--CR (JDR)
              "USA V KATHALENE ANN VAUGHN"
              DEF 1.1 VAUGHN, KATHALENE ANN
```

Including terminated defendants, excluding terminated counsel

```
    Presiding Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
    Magistrate Judge:
              Filed: 01/10/05
             Closed: NO
 No. of Defendants: 1
     MJ Case Number:
                AKA: KATHALEEN ANN SCHAFFER
    Location status: Released on Own Recognizance
         Trial date: 01/04/06
         Terminated: NO
  Needs interpreter: NO
   Counsel of record: Kevin F. McCoy
                      Federal Public Defender
                      550 W. 7th Avenue, Suite 1600
                      Anchorage, AK 99501
                      907-646-3400
                      FAX 907-646-3480
                      Serve: YES
                       Type: FPD
                       Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Thomas C. Bradley
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 VAUGHN, KATHALENE ANN

Document           Count     Citation and Description                           Disposition
────────────       ─────     ──────────────────────────────────────────         ───────────
   1 -   1 INF       1       42:1320a-8b ATTEMPT TO INTERFERE WITH              Pending
                             ADMINISTRATION OF SOCIAL SECURITY ACT (M)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CRIMINAL DOCKET ENTRIES FOR CASE A05-0001--CR (JDR)
                 "USA V KATHALENE ANN VAUGHN"

                     For all filing dates
```

Presiding Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
Magistrate Judge:
           Filed: 01/10/05
          Closed: NO
No. of Defendants: 1


| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 01/10/05 | [Re: DEF 1] PLF 1 Information. |
| NOTE - 1 | 01/11/05 | Issued: Summons. |
| 2 - 1 | 01/11/05 | [Re: DEF 1] JDR Minute Order re Arr set for 2/16/05 at 9:30 a.m. cc: USA, USM, USPO, def w/USM cy |
| 3 - 1 | 02/15/05 | USM Return of svc on summons re: DEF 1 unexecuted. |
| 4 - 1 | 02/16/05 | [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re Arr on Misd Info (held 2/16/05); def not present; summons to be re-issued when correct location for def has been determined.  cc:  USA, PO |
| 5 - 1 | 02/16/05 | [Re: DEF 1] PLF 1 motion to reissue summons. |
| NOTE - 2 | 02/18/05 | Issued: Summons. |
| 6 - 1 | 02/18/05 | [Re: DEF 1] AHB Order granting motion to reissue summons (5-1). cc: USA, USM, USPO, def w/USM cy |
| 7 - 1 | 02/18/05 | [Re: DEF 1] JDR Minute Order re Arr set for 3/30/05 at 9:30 a.m. cc: USA, USM, USPO, def w/USM cy |
| 8 - 1 | 03/30/05 | [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] re Argn on Misd Info (held 3/30/05); matter cont to 5/2/05 at 10:00 am.  cc: USA, FPD, USM, USPO |
| 9 - 1 | 05/02/05 | [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] re: Cont arr on misdemeanor info held 5/2/05; cont arr on misdemeanor info set for 6/6/05 at 9:30 a.m. cc: USA, FPD, USM, USPO |
| 10 - 1 | 06/02/05 | DEF 1 Unopposed motion on shortened time to continue arraignment. |
| 11 - 1 | 06/03/05 | [Re: DEF 1] JDR Order granting unopposed motion on shortened time to continue arraignment to 7/5/05 at 11:30 a.m. (10-1). cc: USA, FPD, USM, USPO |
| 12 - 1 | 07/06/05 | [Re: DEF 1] JDR Court Minutes [ECR: April Karper] re Cont Arr on Misdemeanor Info (held 7/5/05); Cont Arr on Misdemeanor Info set for 9/12/05 at 9:30 a.m.; Mr. McCoy to have def fill out financial affidavit and file mot for transp; cc: USA, FPD, USM, USPO. |
| 13 - 1 | 07/29/05 | DEF 1 Unopposed motion to continue initial appearance by 45 days w/att aff & exh. |
| 14 - 1 | 08/04/05 | [Re: DEF 1] JDR Order granting unopposed motion to continue initial appearance by 45 days (13-1); Cont Arr set for 10/27/05 at 9:30 a.m. cc: USA, FPD, USM, USPO |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A05-0001--CR (JDR)
                           "USA V KATHALENE ANN VAUGHN"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 10/24/05 | DEF 1 Unopposed motion on shortened time for order permitting proceedings in defendant's physical absence w/att aff & exh. |
| 16 - 1 | 10/25/05 | [Re: DEF 1] JDR Order granting unopposed motion on shortened time for order permitting proceedings in def's physical absence (15-1); proceedings sched for 10/27/05 at 9:30 a.m. will be considered a status conf; def may participate telephonically; FPD as friend of the crt to file def's completed CJA 23 as directed. cc: USA, FPD, USM, USPO |
| 17 - 1 | 10/25/05 | DEF 1 Notice of filing CJA 23 Fin Aff w/att aff. |
| 18 - 1 | 10/27/05 | [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] re Status Hearing (Arraignment on Indt) held 10/27/05; Kevin McCoy accepted appointment; not guilty plea to ct 1 of the Information; consent to proceed before the MJ due by 11/1/2005 or case shall be transferred; bond set at O/R; Pretrial Motions due 11/14/05; Mr. McCoy to forward Order Setting Conditons of Release & Personal Recognizance Order to defendant for signature and file with the court.  cc: USA, FPD, USM, USPO |
| 19 - 1 | 10/27/05 | [Re: DEF 1] JDR Order regarding preparation for trial; meet and confer by 10/27/05; 11/14/05.  cc: USA, FPD |
| 20 - 1 | 10/27/05 | DEF 1 Faxed Cy Waiver of Appearance and Consent to Proceedings in Defendant's Absence. |
| 21 - 1 | 10/28/05 | DEF 1 Notice of filing def's attached waiver of appearance and consent to proceedings in def's absence. |
| 22 - 1 | 10/28/05 | [Re: DEF 1] PLF 1 Discovery Conference Certifiate. |
| 23 - 1 | 10/31/05 | DEF 1 Notice of filing faxed copies of consent to procced before MJ; personal recognizance odr; odr setting cond's of release; (original are being mailed from San Antonio, TX). |
| 24 - 1 | 11/01/05 | [Re: DEF 1] JDR Minute Order re FPTC set for 12/28/05 at 9:30 a.m.; TBJ set for 1/4/06 at 9:30 a.m. cc: USA, FPD, USM, USPO, JC |
| 25 - 1 | 11/21/05 | [Re: DEF 1] JDR Order of Personal Recognizance. cc: USA, FPD, USM, USPO |
| 26 - 1 | 11/21/05 | [Re: DEF 1] Order setting conditions of release. cc: USA, FPD, USM, USPO |
| 27 - 1 | 11/29/05 | DEF 1 Notice of filing def's orginal consent to proceed before US MJ in a Misd case. |
| 28 - 1 | 11/30/05 | [Re: DEF 1] Consent to Proceed Before Magistrate Judge. |