FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 22 PM 4: 09
ƏM

Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KATHALENE ANN VAUGHN,<br><br>Defendant. | Case No. A05-0001 CR (JDR)<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

Kathalene Vaughn will change her plea to the charge in the information. There is no written plea agreement. However, one promise has been made to Ms. Vaughn regarding her decision to enter a change of plea. The government agrees to recommend, in the strongest possible terms, that the court impose a term of probation and, further, that the facts of this case do not warrant a jail sentence.

Ms. Vaughn asks that the change of plea hearing be calendared for December 28, 2005, at 9:30 a.m.



Dated at Anchorage, Alaska this 22nd day of December 2005.

Respectfully submitted,

*[signature]*
KEVIN F. McCOY
Assistant Federal Defender

Certification:

I certify that on December 22, , 2005, I hand delivered a copy of this document to:

Thomas C. Bradley, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

Tim Astle
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK  99513-7562

*[signature]*
Lenora L. Roehling

2