FILED

DEC 2 3 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____
Deputy

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA    v.    KATHALENE ANN VAUGHN

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                    CASE NO.  A05-0001 CR (JDR)

 Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: December 23, 2005

In light of defendant's Notice of Intent to Change Plea, Clerk's Docket No. 29, A Proposed Change of Plea hearing is hereby set for **Wednesday, December 28, 2005, at 9:30 a.m.** before Magistrate Judge John D. Roberts in Courtroom 6.

The Final Pretrial Conference previously scheduled for December 28, 2005, and the Trial By Jury previously scheduled for January 4, 2006, are hereby **VACATED**.

cnsl t/c notified 12/23/05

A05-0001--CR (JDR)
--------------------
✓K. MCCOY (PPD)
✓T. BRADLEY (USA)
✓US MARSHAL

✓US PROBATION
✓JURY CLERK

OM 12/23/05

30