| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 3-05-cr-00001-JDR |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Kathalene Ann Vaughn<br>Western District of Texas - San Antonio | DISTRICT OF ALASKA | Anchorage |
| | NAME OF SENTENCING JUDGE | |
| | Honorable John D. Roberts, U.S. Magistrate Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>December 28, 2005 — TO December 27, 2010 |

OFFENSE

Attempt to Interfere with Administration of Social Security Act, 42 U.S.C. § 1320a - 8b

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ALASKA</u>

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| | /s/ JOHN D. ROBERTS<br>(SEAL AFFIXED) |
|---|---|
| 01-31-2006 | |
| Date | United States Magistrate Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>WESTERN DISTRICT OF TEXAS</u>

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| | |
|---|---|
| March 3, 2006. | **REDACTED SIGNATURE** |
| Effective Date | United States District Judge |